IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BERYL LEWIS,

        Plaintiff,

v.                                              4:11cv378-WS

FLORIDA DEPARTMENT OF
EDUCATION,

        Defendant.

## ORDER OF DISMISSAL

      Before the court is the magistrate judge's report and recommendation (doc. 16) docketed April 3, 2012.  The magistrate judge recommends that this case be dismissed without prejudice for failure to comply with an order of the court and to prosecute this case.

      Upon review of the record, this court has determined that the recommendation should be adopted.

      Accordingly, it is ORDERED:

      1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

      2.  The plaintiff's complaint, and this action, are hereby DISMISSED without prejudice for failure to comply with an order of the court and to prosecute his case.

      3.  The clerk is directed to enter judgment, stating: "All claims are dismissed without prejudice."

DONE AND ORDERED this ____4th____ day of ___May___, 2012.

                                      s/ William Stafford
                                      WILLIAM STAFFORD
                                      SENIOR UNITED STATES DISTRICT JUDGE